Scott M. Harris, Bar # 220906
HARRIS, ROSALES & HARRIS
818 Main Street, Suite E
Pleasanton, CA. 94588
(925) 417-8700
Attorneys for Plaintiff, Wachovia

**E-Filed 1/15/10**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| WACHOVIA MORTGAGE, FSB<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY V. GUANCIONE III; R. AUBREE GUANCIONE; WILLIAM BULLOCK STEWART III<br><br>Defendants | CASE # C09-06029<br><br>(Re Former Santa Clara County Court Case No. 109CV157228<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO REMAND AND MOTION FOR SANCTIONS<br><br>Date: January 15, 2010<br>Time:<br>Place: Courtroom 3, 5th Floor<br><br>Honorable Jeremy Fogel |

Defendant Wachovia Mortgage, FSB, ("Wachovia") moved this Court for an order shortening time on the hearing of its Motion to Remand and Motion for Sanctions. Wachovia's *ex parte* Application came for hearing on January 15, 2010.

The Court considered all moving and opposing papers, as well as the pleadings and papers on file herein. Good cause appearing, the Court **HEREBY ORDERS**:

1) Defendants Anthony V. Guancione III, R. Aubree Guancione and William Bullock Stewart III must file their Opposition to Wachovia's Motion to Remand and Motion for Sanction, if any, not later than January ~~19, 2010.~~ 26, 2010.

2) Wachovia must file its Reply to any opposition not later than January ~~22, 2010~~ 29, 2010.

3) This Court will hear Wachovia's Motion to Remand at ~~10:00 a.m. on January 29, 2010 or as soon as the Court deems practicable.~~ 9:00 A.M. on February 5, 2010.

DATED: January 15, 2010

By _____
Honorable Jeremy Fogel
Judge of the U.S. District Court